

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2014

No. 04-14-00692-CR

Mark A. **SALAZAR**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR9726
Honorable Mary D. Roman, Judge Presiding

## O R D E R

On December 4, 2014, appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed the appellant of his right to file his own brief and obtain a copy of the record. *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Counsel provided appellant with an "Appellant's Motion for *Pro Se* Access to the Appellate Record." Appellant has not requested access to the record. On December 5, 2014, the State filed a letter waiving its right to file an appellee's brief unless the appellant files a pro se brief.

If the appellant desires to file a pro se brief, he must do so <u>no later than February 13, 2015</u>. *See Bruns*, 924 S.W.2d at 177 n.1. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date the appellant's pro se brief is filed in this court. It is further ORDERED that the motion to withdraw, filed by appellant's counsel, is HELD IN ABEYANCE pending further order of the court.

We further ORDER the clerk of this court to serve a copy of this order on appellant, appellant's counsel, the attorney for the State, and the clerk of the trial court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court